UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                                          Case No. 1:16-cr-51

vs.

ERIC MICHAEL SCHUSTER,                  District Judge Michael J. Newman

    Defendant.

**ORDER: (1) FINDING THAT THE SPEEDY TRIAL ACT DEADLINE IS TOLLED; AND (2) SETTING A TELEPHONE STATUS CONFERENCE FOR AUGUST 21, 2025 AT 4:00 P.M.**

        On July 28, 2025, the Court held a telephone status conference.  AUSA Kyle J. Healey appeared on behalf of the Government, and Defense attorney William Richard Gallagher appeared on behalf of Defendant.  During the status conference, the parties asked for a finding that the Speedy Trial Act was tolled.  The Court finds, pursuant to 18 U.S.C. §§ 3161(h)(1)(D), (H), the Speedy Trial Act deadline in the instant case is **TOLLED** due to the pendency of Defendant's motions.

        The Court **SETS** a telephone status conference for **August 21, 2025 at 4:00 P.M.** before Judge Michael J. Newman.  To join the Zoom Conference, counsel and participants shall call 1-646-828-7666.  Three steps are then needed to log into the Zoom Conference:

    1) Enter the Meeting ID: 160 363 3497 and #;

    2) Press # (again) to join as a participant; and

    3) Enter the Passcode: 098 663 and #.

    **IT IS SO ORDERED.**

July 31, 2025                                                     s/*Michael J. Newman*
                                                                   Hon. Michael J. Newman
                                                                   United States District Judge