UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ERIC MICHAEL SCHUSTER,

    Defendant.

Case Nos. 1:16-cr-51

District Judge Michael J. Newman

---

**ORDER: (1) STAYING THIS CASE; (2) PERMITTING COUNSEL FOR EITHER PARTY TO FILE, BY NOVEMBER 25, 2025, A MOTION AND SUPPORTING MEMORANDUM ADDRESSING THE JURISDICTIONAL ISSUE SET FORTH HEREIN; AND (3) REQUIRING COUNSEL TO ADVISE THE COURT ONCE THE CASE IS RESOLVED IN THE SUPREME COURT**

---

On October 14, 2025, the parties in this felony criminal case filed a joint motion for a change of plea hearing. Doc. No. 106. On November 3, 2025, the Clerk of Court docketed a letter from the United States Supreme Court reporting that Defendant had filed a petition for a writ of certiorari. Doc. No. 107.

In view of Defendant's cert. petition now pending in the Supreme Court, the Court assumes—without deciding—that Defendant's motion for a change of plea hearing in this case is stayed. *Cf. United States v. Ellenbogen*, 390 F.2d 537, 542 (2d Cir. 1968) ("It is essential to orderly functioning of the procedures for review that once a case has left the district court and is proceeding to the court of appeals and thence to the Supreme Court, the district court cannot make changes in the record of the case or in the disposition made of it."); *but compare Wheatt v. City of East Cleveland*, No. 1:17-cv-377, 2018 WL 4501053, at *1 (N.D. Ohio Sep. 20, 2018) ("The issuance [by the Court of Appeals] of a mandate transfers jurisdiction of the case back to the District Court,

and the filing of a cert petition does not automatically stay district court proceedings" (citation amended)).  If counsel for either party disagrees, he may file in this Court a motion and supporting memorandum addressing whether this Court has jurisdiction to proceed with Defendant's change of plea and sentencing hearings while Defendant's cert. petition is pending.

Accordingly, this case is **STAYED**.  Counsel may **FILE, by November 25, 2025**, a motion and supporting memorandum addressing the jurisdictional issue set forth above. Additionally, counsel shall **ADVISE** the Court when the case is resolved in the Supreme Court.

**IT IS SO ORDERED.**

November 6, 2025                                s/*Michael J. Newman*
                                                Hon. Michael J. Newman
                                                United States District Judge