UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

      Plaintiff,                                  Case No. 1:16-cr-51

vs.

ERIC MICHAEL SCHUSTER,           District Judge Michael J. Newman

      Defendant.

---

**ORDER:  (1) GRANTING DEFENDANT ERIC MICHAEL SCHUSTER'S UNOPPOSED MOTION TO EXTEND THE DEADLINES AND CONTINUE THE SENTENCING DATE (Doc. No. 120); (2) EXTENDING THE DEADLINE FOR DEFENDANT TO FILE OBJECTIONS OR REQUEST CORRECTIONS TO THE INITIAL PSR TO FEBRUARY 20, 2026; (3) VACATING THE FEBRUARY 25, 2026 SENTENCING DATE; AND (4) REQUIRING THE PARTIES TO FILE A JOINT STATUS REPORT BY MARCH 4, 2026 INDICATING THREE POTENTIAL SENTENCING DATES**

---

This criminal case is before the Court upon Defendant Eric Schuster's unopposed motion, through counsel, to extend deadlines and continue the sentencing date.  Doc. No. 120.  In the absence of opposition by the Government, and for good cause shown, the Court **GRANTS** the requested continuance.

As such, the deadline for Defendant to file objections or request corrections to the initial PSR is **RESET** to **February 20, 2026**.  The February 25, 2026 sentencing date is hereby **VACATED**.  Finally, the Court **REQUIRES** the parties to file a joint status report by **March 4, 2026**, indicating three potential sentencing dates.

      **IT IS SO ORDERED.**

February 18, 2026                           s/*Michael J. Newman*
                                           Hon. Michael J. Newman
                                           United States District Judge