UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

Plaintiff, Case No. 1:16-cr-51

vs.

ERIC MICHAEL SCHUSTER, District Judge Michael J. Newman

Defendant.

---

**ORDER SCHEDULING SENTENCING FOR SEPTEMBER 24, 2026 AT 11:00AM AT THE POTTER STEWART U.S. COURTHOUSE IN CINCINNATI**

---

This criminal case is before the Court following a status conference held on July 27, 2026. Attorney Kyle Healey appeared on behalf of the Government, and Attorney Bill Gallagher appeared on behalf of Defendant. The parties and the Court discussed scheduling sentencing.

On November 19, 2025, the Court adopted Defendant's guilty plea. Following a November 24, 2025 telephone conference with the parties, a sentencing hearing was set for February 25, 2026. On February 13, 2026, Defendant filed an unopposed motion to reset the sentencing date. Doc. No. 120. The Court granted Defendant's motion and ordered the parties to file a joint status report by March 4, 2026 indicating three potential sentencing dates. Doc. No. 121. On March 4, 2026, the parties filed a joint motion for an extension of time to file the joint status report. Doc. No. 122. The Court granted the motion and ordered the parties to file their joint status report by April 8, 2026. Doc. No. 123. On April 8, 2026, the parties filed their joint status report. Doc. No. 124. In light of the discussions between the parties and the Court at the July 27, 2026 status conference, and by agreement of counsel for both sides, the sentencing hearing is **SET for September 24, 2026 at 11:00 AM at the Potter Stewart U.S. Courthouse in Cincinnati**.

The Court hereby **CLARIFIES** that the above-mentioned extensions of time (Doc. Nos. 121, 123) were granted at the request of counsel for both sides and for good cause shown. The Court anticipates the September 24, 2026 sentencing date will only be amended upon a demonstration of exceptional circumstances.

**IT IS SO ORDERED.**

July 31, 2026

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge