UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 1:16-CR-51

vs.

ERIC MICHAEL SCHUSTER,

District Judge Michael J. Newman

Defendant.

---

**ORDER: (1) GRANTING ATTORNEY WILLIAM GALLAGHER'S MOTION TO WITHDRAW AS COUNSEL (Doc. No. 129); (2) APPOINTING ATTORNEY BRYAN PERKINS TO REPRESENT DEFENDANT ERIC MICHAEL SCHUSTER IN THIS CASE; AND (4) SCHEDULING A TELEPHONE CONFERENCE ON October 7, 2026 AT 3:30 P.M.**

---

For good cause shown, the Court **GRANTS** attorney William Gallagher's motion to withdraw as counsel for Defendant Eric Michael Schuster. Doc. No. 129. The Court **APPOINTS** Attorney Bryan Perkins of the CJA Panel for the Southern District of Ohio to represent Defendant Eric Michael Schuster in this case pursuant to 18 U.S.C. § 3006A.

The Court **SCHEDULES** a teleconference in this case on **October 7, 2026 at 3:30 p.m.** To join the Zoom Teleconference, counsel and participants shall call 1-646-828-7666. Three steps are then needed to log into the Zoom Teleconference: 1) enter the Meeting ID: 160 363 3497 and #; 2) Press # (again) to join as a participant; and 3) enter the Passcode: 098 663 and #. If you have any difficulties joining the teleconference, please call Chambers at 937 512 1640.

**IT IS SO ORDERED.**

September 29, 2026

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge